**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    RT Development LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    81-4025662

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 30313 Canwood Street, Suite 32<br>Agoura Hills, CA 91301<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | **Location of principal assets, if different from principal place of business**<br>2279 Laurel Canyon Blvd., Los Angeles, CA 90046 and 2301 Laurel Canyon Blvd., Los Angeles, CA 90046 Los Angeles, CA 90046<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**    _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  RT Development LLC  
_____  Case number (*if known*) _____  
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

Debtor  RT Development LLC                                              Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor   RT Development LLC _____   Case number (*if known*) _____
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    RT Development LLC
          Name                                                         Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 22, 2021
               MM / DD / YYYY

X  /s/ Brett P. Miles                                    Brett P. Miles
   Signature of authorized representative of debtor      Printed name

Title   Managing Member

**18. Signature of attorney**

X   Matthew D. Resnik                                    Date   February 22, 2021
    Signature of attorney for debtor                            MM / DD / YYYY

Matthew D. Resnik
Printed name

RESNIK HAYES MORADI, LLP.
Firm name

17609 Ventura Blvd.
Ste 314
Encino, CA 91316
Number, Street, City, State & ZIP Code

Contact phone   (818) 285-0100        Email address   matt@rhmfirm.com

(SBN 182562) CA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RT Development LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chris Kreidel 18061 Redondo Cir. Huntington Beach, CA 92648 | | 2301 Laurel Canyon Blvd., Los Angeles, CA 90046 and 2279 Laurel Canyon Blvd., Los Angeles, CA 90046 | | $490,000.00 | $4,900,000.00 | $37,082.13 |
| Connie Warren Preferred Real Holdings, LLC 16106 Winston Drive Oregon City, OR 97045 | | | | $104,925.00 | $0.00 | $104,925.00 |
| Craig and Carol Eiland 357 Westminster Ave. Ventura, CA 93003 | | | | $90,000.00 | $0.00 | $90,000.00 |
| David Hodge and Stacey Freeman Blue Town, LLC 10573 W. Pico Blvd., Suite 310 Los Angeles, CA 90064 | | | | $100,000.00 | $0.00 | $100,000.00 |
| Emily and Mark Guido Do It Now Life Ret FBO Emily Guido American Estate & TR FBO Mark Guido 3130 Hidden Creek Ave. Thousand Oaks, CA 91360 | | | | $115,800.00 | $0.00 | $115,800.00 |
| Estate of William Spalthoff 2479 Chaucer Place Thousand Oaks, CA 91362 | | | | $200,000.00 | $0.00 | $200,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  RT Development LLC
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gregory Miles<br>1173 N 560 W<br>Orem, UT 84057 | | | | $150,000.00 | $0.00 | $150,000.00 |
| Larry & Brenda Thoele<br>FBO L2B2 Properties Inc.<br>solo 401K, Charles Schwab<br>206 E. 115th Terrace<br>Kansas City, MO 64114 | | | | $100,000.00 | $0.00 | $100,000.00 |
| Paul Sterngold and Sonia Rabbani<br>Genuine Properties LLC<br>21781 Ventura Blvd., Suite 584<br>Woodland Hills, CA 91364 | | | | $194,133.00 | $0.00 | $194,133.00 |
| Ranon Udkoff and Jane Rivkah Udkoff<br>1265 Canyon Rim Circle<br>Westlake Village, CA 91362 | | | | $270,000.00 | $0.00 | $270,000.00 |
| Robert Antinoro<br>Equity Trust Company Custodian FBO Robert Antinoro IRA<br>Newbury Park, CA 91320 | | | | $200,000.00 | $0.00 | $200,000.00 |
| Robert Weissman<br>2660 Townsgate Rd., Suite 350<br>Westlake Village, CA 91361 | | | | $125,000.00 | $0.00 | $125,000.00 |
| William Ratcliff<br>SLYPROP4, LLC<br>10807 Cushdon Ave.<br>Los Angeles, CA 90064 | | | | $175,000.00 | $0.00 | $175,000.00 |
| Zarabella Skye<br>8416 Alberata Vista Drive<br>Tampa, FL 33647 | | | | $75,000.00 | $0.00 | $75,000.00 |

# United States Bankruptcy Court
## Central District of California

In re: **RT Development LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brett P. Miles | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 22, 2021**

Signature **/s/ Brett P. Miles**
Brett P. Miles

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100 Fax: (818) 855-7013<br>California State Bar Number: (SBN 182562) CA<br>matt@rhmfirm.com | |
| ☑ *Attorney for:* RT Development LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>RT Development LLC<br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Brett P. Miles                           , the undersigned in the above-captioned case, hereby declare
     *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                           F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

   b. [✓] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| February 22, 2021 | By: _____ (signature) |
|---|---|
| Date | Signature of Debtor, or attorney for Debtor |

Name: Brett P. Miles
Managing Member
Printed name of Debtor, or attorney for Debtor

December 2012    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 1007-4.CORP.OWNERSHIP.STMT

<u>UNANIMOUS WRITTEN CONSENT OF</u>

<u>THE MANAGING MEMBERS</u>

<u>RT DEVELOPMENT, LLC.</u>

<u>DATED: February 22, 2021</u>

Pursuant to §307(b) of the California Corporations Code and the operating agreement of the LLC, the undersigned, being the Managing Member of the LLC, and in lieu of a meeting, hereby unanimously adopts the following recitals and resolutions:

WHEREAS, the Managing Member has determined that the LLC needs to take advantage of the benefits of Chapter 11 of the Bankruptcy Code to reorganize the debt structure of the LLC; and,

THEREFORE IT IS RESOLVED, that the LLC is authorized to file a Voluntary Petition under Chapter 11 of the Bankruptcy Code and attempt to reorganize thereunder; and,

IT IS FURTHER RESOLVED, that, Brett P. Miles, Managing Member, is hereby authorized and instructed to take whatever actions he deems appropriate to file the Chapter 11 petition and see the case to complete reorganization.


Managing Member

_____
Brett P. Miles

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Matthew D. Resnik<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100 Fax: (818) 855-7013<br>California State Bar Number: (SBN 182562) CA<br>matt@rhmfirm.com | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>RT Development LLC<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: February 22, 2021

_[signature]_
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: February 22, 2021

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

RT Development LLC
30313 Canwood Street, Suite 32
Agoura Hills, CA 91301


Matthew D. Resnik
RESNIK HAYES MORADI, LLP.
17609 Ventura Blvd.
Ste 314
Encino, CA 91316


90265 Films, LLC
9663 Santa Monica Blvd., Suite 949
Beverly Hills, CA 90210


Bob Loftus
Vantage FBO: Robert L. Loftus
Traditional IRA, Vantage Retirement
20860 N. Tatum Blvd., Suite 240
Phoenix, AZ 85050


California Dept of Tax and Fee Admi
Special Ops, MIC 29
PO Box 942879
Sacramento, CA 94279-0005


Chris Kreidel
18061 Redondo Cir.
Huntington Beach, CA 92648


Connie Warren
Preferred Real Holdings, LLC
16106 Winston Drive
Oregon City, OR 97045


Craig and Carol Eiland
357 Westminster Ave.
Ventura, CA 93003

Dale A. and Judy E. Hopkins
127 W. Angeleno Ave
San Gabriel, CA 91776


David Hodge and Stacey Freeman
Blue Town, LLC
10573 W. Pico Blvd., Suite 310
Los Angeles, CA 90064


Easy Financial
Toorak Capital Partners LLC
15 Maple St., Second Floor West
Summit, NJ 07901


Emily and Mark Guido
Do It Now Life Ret FBO Emily Guido
American Estate & TR FBO Mark Guido
3130 Hidden Creek Ave.
Thousand Oaks, CA 91360


Employment Developement Dept
PO Box 826806
Sacramento, CA 94206-0001


Estate of William Spalthoff
2479 Chaucer Place
Thousand Oaks, CA 91362


Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Global Investments Management Inc.
1183 W. 11th St.
San Pedro, CA 90731

```
Gregory Miles
1173 N 560 W
Orem, UT 84057


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Larry & Brenda Thoele
FBO L2B2 Properties Inc.
solo 401K, Charles Schwab
206 E. 115th Terrace
Kansas City, MO 64114


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


Paul Sterngold and Sonia Rabbani
Genuine Properties LLC
21781 Ventura Blvd., Suite 584
Woodland Hills, CA 91364


Pierre Nasnas
9495 Reseda Blvd. #5
Northridge, CA 91324


Ranon Udkoff and Jane Rivkah Udkoff
1265 Canyon Rim Circle
Westlake Village, CA 91362


Robert Antinoro
Equity Trust Company Custodian
FBO Robert Antinoro IRA
Newbury Park, CA 91320
```

```
Robert Weissman
2660 Townsgate Rd., Suite 350
Westlake Village, CA 91361


William Ratcliff
SLYPROP4, LLC
10807 Cushdon Ave.
Los Angeles, CA 90064


Zarabella Skye
8416 Alberata Vista Drive
Tampa, FL 33647
```